[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 19-15095
Non-Argument Calendar

_____

D.C. Docket No. 5:16-cr-00020-JDW-PRL-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CARLOS HUMBERTO MORENO-HERNANDEZ,
a.k.a. Carlos Moreno Hernandez,
a.k.a. Carlos Garcia Moreno,
a.k.a. Jorge Cardenas Martinez,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(October 6, 2020)

Before NEWSOM, LAGOA and ANDERSON, Circuit Judges.

PER CURIAM:

Meghan Ann Collins, appointed counsel for Carlos Humberto Moreno-Hernandez in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Moreno-Hernandez's revocation of supervised release and sentence are **AFFIRMED**.